Prob 12 (10/09)
VAE (rev. 5/17)

# UNITED STATES DISTRICT COURT
## for the
## **EASTERN DISTRICT OF VIRGINIA**

U.S.A. vs. Cameron L. Sineath             Docket No. 2:21mj241

### Petition on Probation

COMES NOW Brian J. Williams, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Cameron L. Sineath, who was placed on supervision by The Honorable Douglas E. Miller, United States Magistrate Judge, sitting in the Court at Norfolk, Virginia, on the 6th day of October, 2021, who fixed the period of supervision at Twelve (12) Months, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2.

*Probation began October 6, 2021.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 1st day of Feb., 2022 and ordered filed and made a part of the records in the above case.

_/s/_
Douglas E. Miller
United States Magistrate Judge
Douglas E. Miller
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:

_____ 2022.02.01 14:23:37 -05'00'

Brian J. Williams
U.S. Probation Officer

Place Norfolk, Virginia

**TO CLERK'S OFFICE**

**Petition on Probation**
Page 2
RE: SINEATH, Cameron L.

OFFENSE:

Reckless Driving, a Class 1 Misdemeanor.

SENTENCE:

The defendant is hereby sentenced to probation for a term of twelve (12) months. He was also ordered by the Court to pay a $300 fine and a $25 special assessment.

SPECIAL CONDITIONS:

1) Defendant is directed to participate in and complete alcohol treatment and education as directed by the Probation Office.

2) The defendant shall complete 20 hours of community service.

3) Early termination of supervision may be considered, if the defendant is otherwise in compliance, after at least 6 months.

ADJUSTMENT TO SUPERVISION:

Sineath reported to the U.S. Probation Office after court on October 6, 2021, and reviewed and signed his conditions of supervision. He advised that he was living with his brother, Daniel Sineath, at 5047 Pemberton Street, Virginia Beach, Virginia, and working part time at Circuit Social in Norfolk, Virginia. A urine sample was collected that day and returned positive for marijuana. Sineath advised that he used marijuana on a regular basis and last used the day before court. He was referred for treatment at The Counseling Center, LLC.

On November 12, 2021, a substance abuse evaluation was completed by The Counseling Center, LLC. It was noted by the counselor that Sineath was "angry and dismissive at the end of the evaluation upon realizing he would be required to participate in substance abuse treatment." He was diagnosed with Cannabis Use Disorder - severe, Alcohol Use Disorder - moderate, R/O Post Traumatic Stress Disorder, R/O Borderline Personality Disorder, and R/O Unspecified Dissociative Disorder. A 10 week treatment program was recommended.

On November 17, 2021, Sineath reported that he changed jobs and was now working full time at Waffle House. He also moved into a rooming house by himself located at 5565 Campus Drive, Virginia Beach, Virginia.

On November 19, 2021, the offender was arrested by Norfolk police for Assault & Battery – Family Member. He was given a bond and released. His next court date is scheduled for February 14, 2022, in Juvenile and Domestic Relations Court. According to Sineath, he got into a physical altercation with his brother.

On November 29, 2021, a urine sample was collected and returned positive for marijuana. The violation was reported to the Court and he was told to continue with group counseling. On January 7, 2022, the offender's counselor at The Counseling Center, LLC, reported that Sineath was discharged unsuccessfully on December 21, 2021, for lack of attendance and motivation for services. He was due to begin treatment on November 30, 2021, but never attended a group session. It was noted that he attempted to sign into the first virtual group on November 30, 2021, but had technical issues. He never called back or attempted to sign in again.

**Petition on Probation**
**Page 3**
**RE: SINEATH, Cameron L.**

Sineath paid his $300 fine and $25 special assessment in full on November 4, 2021. He has not completed any of his 20 community service hours.

<u>VIOLATIONS</u>: The following violations are submitted for the Court's consideration.

**SPECIAL CONDITION:**         **FAILURE TO SATISFACTORILY PARTICIPATE IN SUBSTANCE ABUSE TREATMENT.**

On December 21, 2021, Sineath was discharged unsuccessfully from treatment for lack of attendance and motivation for services. He was due to begin treatment on November 30, 2021, but never attended a group session. He missed sessions on November 30, 2021, December 7, 2021, December 14, 2021, and December 21, 2021.

**CONDITION 7:**         **USE OF MARIJUANA.**

On November 29, 2021, Sineath submitted a urine sample that tested and confirmed positive for marijuana by Alere Toxicology Services, Incorporated.

BJW/seo